| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>WRIGHT, SUSAN W. | 2. Court or Organization<br><br>EASTERN DISTRICT OF ARKANSAS | 3. Date of Report<br><br>05/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>600 W. CAPITOL AVE., SUITE D157-A<br>LITTLE ROCK, AR 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Five (5) [ ] Trusts |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 NOV 20 A 9: 38 RECEIVED FINANCIAL DISCLOSURE OFFICE

Wright, Susan W.

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | self-employed attorney and consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | First Amendment Center | February 25-27 | Nashville, TN | moot court judge | transportation, hotel and meals |
| 2. | Cumberland School of Law | May 15-16 | Birmingham, AL | graduation speaker | transportation, hotel and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Brok.Acct.4_____ (IRA) | A | Int./Div. | J | T | Merged (with line 269) | 04/24/09 | M | A | See Notes A1 and A2. |
| 2. Wells Fargo Money Mkt Assets | A | Interest | K | T | | | | | |
| 3. Keystone Precious Metals | A | Dividend | J | T | | | | | |
| 4. TIAA/CREF-1 S403(b) | E | Interest | N | T | Distributed (part) | 01/10/09 | | | See Note H. |
| 5. Regions Bank | A | Interest | K | T | | | | | |
| 6. _____ Trust | B | Int./Div. | N | T | | | | | |
| 7. - 3M Corp | | | | | | | | | |
| 8. - Abbott Labs | | | | | | | | | |
| 9. - US Bank | | | | | | | | | |
| 10. - Cisco Sys Inc. | | | | | | | | | |
| 11. - Diamonds Trust I | | | | | | | | | |
| 12. - GM Corp | | | | | | | | | |
| 13. - Ishares Cohen & Steers Realty Majors Index Fnd | | | | | | | | | |
| 14. - Ishares Tr-Dow Jones US Indl Sector Index Fnd | | | | | | | | | |
| 15. - Ishares TR Consumer Cyclical | | | | | | | | | |
| 16. - Ishares TR S&P Midcap | | | | | | | | | |
| 17. - Dillards Cap Tr | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer seller (if private transaction) |
| 18. - Wells Fargo Money Funds | | | | | | | | | |
| 19. - Tenn Valley Auth | | | | | | | | | |
| 20. - Accenture Ltd. | | | | | | | | | |
| 21. - Altria Group Inc. | | | | | | | | | |
| 22. - Apartment Investment & Reit Management Co-A | | | | | | | | | |
| 23. - Caterpillar Inc. | | | | | | | | | |
| 24. - Chevron Corporation | | | | | | | | | |
| 25. - Colgate-Palmolive Co. | | | | | | | | | |
| 26. - Dominion Res Inc VA New | | | | | | | | | |
| 27. - Eli Lilly & Co | | | | | | | | | |
| 28. - Exxon Mobile Corp. | | | | | | | | | |
| 29. - Frprt-Mcmrn CPPR & Gld B | | | | | | | | | |
| 30. - General Electric Company | | | | | | | | | |
| 31. - Harrahs Entmt Inc. | | | | | | | | | |
| 32. - IDEARC Inc. | | | | | | | | | |
| 33. - International Business Machine Corp. | | | | | | | | | |
| 34. - IShares Lehman 20+ Yr. Treas | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - IShares IBoxx S Yield | | | | | | | | | |
| 36. - IShares Inv Gr Bond ETF | | | | | | | | | |
| 37. - IShres Morning Mid Grth | | | | | | | | | |
| 38. - IShares MSCI Hong Kong Index Fd | | | | | | | | | |
| 39. - IShares MSCI Pac Ex-Japn | | | | | | | | | |
| 40. - IShares MSCI EAFE Index Fund | | | | | | | | | |
| 41. - IShares MSCI Singapore Index Fd. | | | | | | | | | |
| 42. - IShares NYSE 100 Index | | | | | | | | | |
| 43. - IShares Russell Midcap Value | | | | | | | | | |
| 44. - Ishrs Lehman MBS F-R ETF | | | | | | | | | |
| 45. - IShares S&P Midcap 400 Value Index Fd | | | | | | | | | |
| 46. - IShares S&P Small Cap 600 Value Index Fd. | | | | | | | | | |
| 47. - IShares TR Russell 2000 Value Index | | | | | | | | | |
| 48. - IShares TR 1-3 Yr Treas Index Fd | | | | | | | | | |
| 49. - Johnson & Johnson | | | | | | | | | |
| 50. - Kraft Foods Inc. CL A | | | | | | | | | |
| 51. - Kroger Co. Comm. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Lincoln Natl Corp Ind | | | | | | | | | |
| 53.  - McDonalds' Corp. | | | | | | | | | |
| 54.  - Microsoft Corp | | | | | | | | | |
| 55.  - Oneok Inc New | | | | | | | | | |
| 56.  - Pfizer Incorporated | | | | | | | | | |
| 57.  - Philip Morris Intl Inc. | | | | | | | | | |
| 58.  - Powershares Intl Divd Achievers Portfolio | | | | | | | | | |
| 59.  - Regal Entertainment Grp A | | | | | | | | | |
| 60.  - RPM Intl Inc. | | | | | | | | | |
| 61.  - Sanofi-Aventis ADR | | | | | | | | | |
| 62.  - SPDR S&P Dividend ETF | | | | | | | | | |
| 63.  - Streettracks Dow Jones Euro Stoxx 50 FD | | | | | | | | | |
| 64.  - Streettracks Gold Trust | | | | | | | | | |
| 65.  - Technology Sector Spdr | | | | | | | | | |
| 66.  - United Technologies Corp | | | | | | | | | |
| 67.  - US Bancorp | | | | | | | | | |
| 68.  - Vanguard Emerging Markets ETF | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent.<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Vanguard Energy Etf | | | | | | | | | |
| 70. - Verizon Communications Com | | | | | | | | | |
| 71. - Wisdomtree DVD Top 100 Fd | | | | | | | | | |
| 72. - Wal-Mart Stores Inc. | | | | | | | | | |
| 73. Regions Bank (chkg) | B | Interest | J | T | | | | | |
| 74. Monsanto Common Stock | A | Dividend | K | T | | | | | |
| 75. Monsanto | D | Dividend | K | T | | | | | |
| 76. Fidelity Funds (Retirement) | | None | K | T | | | | | |
| 77. Jonesboro AR Res Hsg & Health Care Fac | A | Interest | J | T | | | | | |
| 78. Putnam Fnd for Gwth & Inc CLB - IRA | B | Dividend | K | T | | | | | |
| 79. Putnam Fnd for Gwth & Inc CLB - IRA | B | Dividend | J | T | | | | | |
| 80. Putnam Fnd for Gwth & Inc CLB | A | Dividend | J | T | | | | | |
| 81. First Star Bank, AR | A | Interest | J | T | | | | | |
| 82. Regions Bank | A | Interest | J | T | | | | | |
| 83. Ing | B | Interest | K | T | | | | | |
| 84. ▓▓▓ Trust (MSDW ▓▓▓) | A | Dividend | L | T | Redeemed (part) | 11/18/09 | K | | |
| 85. - SPDR Series 1 | | | | | Buy | 9/15/09 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Morgan Stanley Bank N.A.(X) | | | | | | | | | See Note B. |
| 87. T.D. Williamson, Inc. C.S. (Ed.) | C | Dividend | M | T | | | | | |
| 88. Oppenheimer Main St. Fnd | A | Dividend | J | T | | | | | |
| 89. Putnam Fd. For Growth & Inc B | A | Dividend | J | T | | | | | |
| 90. Regions Bank Money Mkt acct | A | Interest | K | T | | | | | |
| 91. Steph. Select Dimensions Annuity | A | Dividend | L | T | | | | | |
| 92. Municipal Bonds (MSDW) | A | Interest | M | T | | | | | |
| 93. - Little River AR Rev Bds (refnding Ga.-Pacific Corp) | | | | | | | | | |
| 94. - Conway Arkansas Wastewtr Rev | | | | | | | | | |
| 95. - Arkansas St Univ Rev Rfdg & Co | | | | | Sold | 01/26/09 | J | A | |
| 96. - Pulaski Cnty Arkansas Pub Facs | | | | | Sold | 01/26/09 | J | A | |
| 97. - Rogers Arkansas Sales & Use TA | | | | | Sold | 01/26/09 | J | A | |
| 98. - University of Arkansas Univ Revs Various Fac-FV Ser A B/E | | | | | | | | | See Note C. |
| 99. - Baxter Cnty AR Hosp Rev Ref | | | | | Sold | 01/26/09 | J | A | |
| 100. - AR St-Dev Fin Auth Rev Epis. Collegiate Schl. Proj B/E | | | | | Buy | 04/10/09 | J | | |
| 101. Money Fund 1 (MSDW) | A | Interest | J | T | Merged (with line 190) | | | | See Note D. |
| 102. Putnam OTC Emerg Grwth T.Cl. B | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fundamental Invester Inc | A | Dividend | J | T | | | | | |
| 104. Global Marine | A | Dividend | J | T | | | | | |
| 105. New Perspectives Fund Inc | A | Dividend | J | T | | | | | |
| 106. Oppenheimer Main St. Fund Inc. & Grw. F.Cl. B | A | Dividend | K | T | | | | | |
| 107. Putnam Fd. for Grwth & Inc Cl B | A | Dividend | K | T | | | | | |
| 108. Washington Mutual Investers | A | Dividend | J | T | | | | | |
| 109. [   ] Testamentary Trust I [   ] MSDW | B | Int./Div. | L | T | | | | | |
| 110. - Balanced Growth Fund A (MS I) | | | | | | | | | |
| 111. - Balanced Growth Fund B (MS I) | | | | | | | | | |
| 112. - Dividend Grwth Securities A (MS1) | | | | | | | | | |
| 113. - Dividend Grwth Securities B (MS1) | | | | | | | | | |
| 114. - Strategist Fund A (MS1) | | | | | | | | | |
| 115. - Global Advantage Fd B (prev - Euro Grwth Fd B (MS1) | | | | | | | | | |
| 116. - Aggressive Equity Fd B (MS1) | | | | | | | | | |
| 117. - Strategist Fund B (MS1) | | | | | | | | | |
| 118. - AIM Cap. Dev. A | | | | | | | | | |
| 119. - Amer Gr Fd of America F | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Fidel Adv Dvrsfd Intl A | | | | | | | | | |
| 121. - Lazard Emerging Markets I | | | | | | | | | |
| 122. - Phoenix Multi-Sector S/T BD A | | | | | | | | | |
| 123. - PIMCO Ttl Ret A | | | | | | | | | |
| 124. - RS Partners A | | | | | | | | | |
| 125. - TCW Galileo Div Focus N | | | | | | | | | |
| 126. - MS(DW) Active Asset Money Fnd | | | | | | | | | |
| 127. ☐ Testamentary Trust II (MSDW ) | A | Int./Div. | M | T | | | | | |
| 128. - Amer Fnds Grwth Fund of America Cl A | | | | | Sold | 11/27/09 | J | A | |
| 129. - American Funds Wash. Mut. Fds. | | | | | Sold | 11/27/09 | J | A | |
| 130. - Aston/Optim Mid Cap N | | | | | Buy | 10/17/09 | J | | |
| 131. - Cohen & Steers Intl Realty A | | | | | Buy | 11/27/09 | J | | |
| 132. - Hartford Cap Apprec A | | | | | Buy | 11/27/09 | J | | |
| 133. - Lazard Emerging Mkts Open | | | | | Buy | 11/27/09 | J | | |
| 134. - MSIF Intl SmallCap P | | | | | Buy | 11/27/09 | J | | |
| 135. - Pimco Total Return A | | | | | Buy | 11/27/09 | J | | |
| 136. - RS Partners A | | | | | Buy | 11/27/09 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.   - TCW Div Focused N | | | | | Buy | 10/17/09 | J | | |
| 138.   - US Treasury Note | | | | | | | | | |
| 139.   - Money Fund 1 (MSDW) | | | | | | | | | |
| 140.   ▨▨▨ Trust 1 (MSDW▨▨▨▨ ) IV-A)HMEB | A | Interest | L | T | | | | | |
| 141.   - Activision Inc. | | | | | | | | | |
| 142.   - Amphenol Corp. New Cl.A | | | | | | | | | |
| 143.   - Baker-Hughes Inc | | | | | | | | | |
| 144.   - Bank of America Corp | | | | | | | | | |
| 145.   - Caterpillar | | | | | | | | | |
| 146.   - Citrix Systems Inc. | | | | | | | | | |
| 147.   - CVS/Caremark RX (merger) | | | | | | | | | |
| 148.   - Danaher Corporation | | | | | | | | | |
| 149.   - Devon Energy | | | | | | | | | |
| 150.   - El Paso Corporation | | | | | | | | | |
| 151.   - El Paso Corporation | | | | | | | | | |
| 152.   - Johnson & Johnson | | | | | | | | | |
| 153.   - JP Morgan Chase & Co. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - NII Holdings, Inc. | | | | | | | | | |
| 155. - Noble Corporation | | | | | | | | | |
| 156. - Oracle Corporation | | | | | | | | | |
| 157. - Polo Ralph Lauren | | | | | | | | | |
| 158. - Praxair Inc | | | | | | | | | |
| 159. - Procter & Gamble Company | | | | | | | | | |
| 160. - Qualcomm Inc. | | | | | | | | | |
| 161. - Republic Services | | | | | | | | | |
| 162. - Staples, Inc. | | | | | | | | | |
| 163. - Teva Pharmaceuticals Inds Adr | | | | | | | | | |
| 164. - TD Ameritrade Holding Corp | | | | | | | | | |
| 165. - US Treasury Note | | | | | | | | | |
| 166. Washington Mutual Inv Fd (IRA) | A | Dividend | J | T | | | | | |
| 167. Equity Inc. Fd. Sel. Ten 97 Ser. A (IRA) | A | Dividend | J | T | | | | | |
| 168. Fundamental Investor Inc (IRA) | A | Dividend | J | T | | | | | |
| 169. New Perspective Fd. Inc (IRA | A | Dividend | J | T | | | | | |
| 170. Putnam Fd. for Grwth & Inc Cl B (IRA) | C | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 172. Steph. Eq. Tr. Sel. 10 Ind | A | Dividend | J | T | | | | | |
| 173. Steph. Eq. Tr. Comp. Edge Best Ideas | A | Dividend | J | T | | | | | |
| 174. Steph. Div. Growth B | A | Dividend | J | T | | | | | |
| 175. Steph. Bal. Growth C | A | Dividend | L | T | | | | | |
| 176. John Hancock Fin. Ind. Fd. C1a | A | Dividend | J | T | | | | | |
| 177. Tarrant Cnty. TX Hlth. Facs Dev Corp | A | Dividend | J | T | | | | | |
| 178. ML PFD Cap. Trust III | A | Dividend | J | T | | | | | |
| 179. Brokerage Acct (WF☐) Trust | E | Int./Div. | N | T | | | | | |
| 180. - Wells Fargo Company | | | | | | | | | |
| 181. - Naveen Municipal Value F | | | | | | | | | |
| 182. - Naveen Insured Tax Free | | | | | | | | | |
| 183. - Evergreen Intl Tr Prec Metals Fnd C1 A MF | | | | | | | | | |
| 184. - Coach | | | | | | | | | |
| 185. - Diamonds Trust | | | | | | | | | |
| 186. - IShares TR Consumer Cyclical | | | | | Buy | 01/15/09 | J | | |
| 187. - Powershares Aerospace & Defense Portfolio | | | | | Buy | 04/10/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Little Rock AR Swr Rev Constr Ser A B/E FSA Mun. Bonds | | | | | Buy | 02/24/09 | J | | |
| 189. - Nuveen Select Tax Free Income Port 2 SBI | | | | | Buy | 04/09/09 | J | | |
| 190. Brokerage Acct. WF_____ (IRA) | G | Int./Div. | N | T | | | | | |
| 191. Blackrock Fds US Opportunities CL A | A | Dividend | | | Sold | 12/22/09 | J | B | |
| 192. Amana Mut. Fds TR Grwth Fd. | A | Dividend | | | Sold | 12/22/09 | J | C | |
| 193. Blackrock Fds Latin America FD CL A | A | Dividend | | | Sold | 12/22/09 | J | B | |
| 194. Calamos Inv Tr New Convert. Fd Cl A | A | Dividend | | | Sold | 12/22/09 | J | C | |
| 195. - Tarrant Cnty Tex Health Facs Dev Corp Hlth Sys (muni) | | | | | | | | | |
| 196. -IShares Tr S&P Midcap 400 Index | | | | | | | | | |
| 197. - IShares Tr S&P 500 Index Fd. | | | | | | | | | |
| 198. - Merrill Lynch Pfd Cap | | | | | | | | | |
| 199. - Money Market -Wells Fargo (prev. Wachovia Securities) | | | | | | | | | |
| 200. - US Treas Note | | | | | | | | | |
| 201. - Fed Natl Mtg Assn Bonds | | | | | | | | | |
| 202. - Fed Natl Mtg Assn Notes | | | | | | | | | |
| 203. - Fed Home Loan Mtg Notes | | | | | | | | | |
| 204. - US Treas Bonds | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g.. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g.. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. - US Treas Bonds | | | | | | | | | |
| 206. - US Treas Inflation Index Notes | | | | | | | | | |
| 207. - Treasury Inflation Index | | | | | | | | | |
| 208. - Treasury Inflation Index CPN | | | | | | | | | |
| 209. - Pimco Fixed Income Shares Series C | | | | | | | | | |
| 210. - Pimco Advisors Fxd Inc. Series M | | | | | | | | | |
| 211. - Powershares Aerospace & Defense Portfolio PPA | | | | | Buy | 07/09/09 | J | | |
| 212. WF IRA Brok.3 | A | Int./Div. | M | T | | | | | |
| 213. - AT&T Inc. | | | | | Buy | 02/13/09 | J | | |
| 214. - Powershares Aerospace & Defense Portfolio | | | | | Buy | 07/09/09 | J | | |
| 215. Univ AR Univ Revs Various FAC-Fayetteville Series (MUN.BONDS | A | Dividend | J | T | Buy | 09/17/09 | J | | |
| 216. WF Brok. Acct. 1 (IRA) | A | Int./Div. | J | T | | | | | |
| 217. WF Brok.3 | A | Int./Div. | N | T | | | | | See Note E. |
| 218. - Air Prods & Chemicals Inc. | | | | | | | | | |
| 219. - Alcoa Inc. | | | | | | | | | |
| 220. - Bank of America Corp. | | | | | | | | | |
| 221. - Caterpillar Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Chevron Corp. | | | | | | | | | |
| 223. - Coca-Cola Co. | | | | | | | | | |
| 224. - Colgate-Palmolive Co. | | | | | | | | | |
| 225. - CSX Corp. | | | | | | | | | |
| 226. - Exxon Mobil Corp. | | | | | | | | | |
| 227. - General Electric Co. | | | | | | | | | |
| 228. - Goldman Sachs Group Inc. | | | | | | | | | |
| 229. - Hewlett-Packard Co. | | | | | | | | | |
| 230. - Home Depot, Inc. | | | | | | | | | |
| 231. - Intel Corp. | | | | | | | | | |
| 232. - Internl. Bus Machines Corp. | | | | | | | | | |
| 233. - IShare Tr. S&P Small Cap 600 Index Fd. | | | | | | | | | |
| 234. - IShares IBOXX Inv. Grade Corp Bond Fund | | | | | | | | | |
| 235. - IShares JP Morgan Et Emerging Markets Bond Fd. | | | | | | | | | |
| 236. - IShares MSCI EAFE Index Fund | | | | | | | | | |
| 237. - IShares TR S&P Midcap 400 Index Fd. | | | | | | | | | |
| 238. - Johnson & Johnson | | | | | | | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - JP Morgan Chase & Co. | | | | | | | | | |
| 240. - McDonalds Corp. | | | | | | | | | |
| 241. - Merck & Co. Inc. New | | | | | | | | | |
| 242. - Microsoft Corp. | | | | | | | | | |
| 243. - Morgan Stanley Tech ET | | | | | | | | | |
| 244. - Philip Morris Intl. Inc. | | | | | | | | | |
| 245. - Powershares ET Preferred Portfolio PGX | | | | | | | | | |
| 246. - Powershares EM Mar. ET Sov DE Pt. PCy | | | | | | | | | |
| 247. - SPDR Barclays Cap Hi Yield Bond ETF Jnk | | | | | | | | | |
| 248. - United Technologies Corp. | | | | | | | | | |
| 249. - V F Corp. | | | | | | | | | |
| 250. - Vanguard Emerging Markets ETR | | | | | | | | | |
| 251. - Vanguard Energy ETF | | | | | | | | | |
| 252. - Vanguard Europe Pacific | | | | | | | | | |
| 253. - Vanguard Reit ETF | | | | | | | | | |
| 254. - Wal-Mart Stores Inc. | | | | | | | | | |
| 255. - 3M Company | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. WA Brok.Acct.6 | B | Interest | N | T | | | | | See Note C |
| 257. - Wells Fargo Bank Co. Money Mkt. Acct. | A | Int./Div. | J | T | | | | | |
| 258. - AR St. Univ Rev Ref & Constru-Student Fee Mun. Bond | A | Int./Div. | J | T | | | | | |
| 259. - AR St. Dev Fin Auth Rev Episcopal Collegiate Sch Proj B/E | A | Int./Div. | J | T | | | | | |
| 260. - Conway WasteWater Rev. Impr. B/Q B/E | A | Int./Div. | K | T | | | | | |
| 261. - AR St. Ybuv Rev Student Fee Beebe Campus B/E Ambac | A | Int./Div. | K | T | | | | | |
| 262. - Little Riv Cnty AR Rev RFDG Amt Ga-Pac. Corp Proj | | Int./Div. | K | T | | | | | |
| 263. - Univ AR Univ Revs Various Fac-Fayetteville Ser A B/E OIL | A | Int./Div. | J | T | | | | | |
| 264. - Nuveen Sel. Tax Free Income Port 2 SBI | B | Int./Div. | K | T | | | | | |
| 265. - Nuveen Muni Value Fund Inc. | B | Int./Div. | L | T | | | | | |
| 266. - Nuveen Ins. Tax Free Adv. Muni Fd NEA | A | Int./Div. | J | T | | | | | |
| 267. WA Brok. Acct.8 (NEW) Ed.Fd.4446 | A | Int./Div. | J | T | | | | | |
| 268. TIAA-CREF | A | Int./Div. | L | T | | | | | |
| 269. WF Brok. Acct. 9 (New) IRA 3S | B | Int./Div. | N | T | Open | 04/27/09 | N | | See Note A1. |
| 270. - Andarko Petrol. Co. | | | | | | | | | |
| 271. - AOL Inc. | | | | | | | | | |
| 272. - AT&T Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Column B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Bank of America Corp. | | | | | | | | | |
| 274. - Cabot Oil & Gas | | | | | | | | | |
| 275. - Chevron Corp. | | | | | | | | | |
| 276. - Cigna Corp. | | | | | | | | | |
| 277. - Comerica Inc. | | | | | | | | | |
| 278. - Corning Inc. | | | | | | | | | |
| 279. - CVS Caremark Corp. | | | | | | | | | |
| 280. - Devon Energy Corp | | | | | | | | | |
| 281. - Directv | | | | | | | | | |
| 282. - Disney Walt Companhy | | | | | | | | | |
| 283. - DPL Inc. | | | | | | | | | |
| 284. - Du Pont E.I. De Nemours & Co. | | | | | | | | | |
| 285. - E M C Corp Mass | | | | | | | | | |
| 286. - Exelon Corp. | | | | | | | | | |
| 287. - Exxon Mobil Corp. | | | | | | | | | |
| 288. - General Electric Co. | | | | | | | | | |
| 289. - Goldman Sachs Group Inc. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Goodyear Tire & Rubber | | | | | | | | | |
| 291. -Heinz H J Co. | | | | | | | | | |
| 292. - Hewlett Packard Co. | | | | | | | | | |
| 293. - Home Depot Inc. | | | | | | | | | |
| 294. - Honeywell Intl. Inc. | | | | | | | | | |
| 295. - Jack in the Box Inc. | | | | | | | | | |
| 296. - Johnson & Johnson | | | | | | | | | |
| 297. - JPMorgan Chase & Co. | | | | | | | | | |
| 298. - Knight Capital Group Inc. | | | | | | | | | |
| 299. - Liberty Media Interactive A | | | | | | | | | |
| 300. - Liberty Media Corp. Starz.com Series A | | | | | | | | | |
| 301. - Lorillard Inc. | | | | | | | | | |
| 302. - Marsh & McLennan Cos., Inc. | | | | | | | | | |
| 303. - Merck & Co Inc. | | | | | | | | | |
| 304. - Metlife Inc. | | | | | | | | | |
| 305. - Morgan Stanley & Co. | | | | | | | | | |
| 306. - National Fuel Gas Co. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Natl Semiconductor Corp. | | | | | | | | | |
| 308. - Noble Energy Inc. | | | | | | | | | |
| 309. - Nokia Corp. | | | | | | | | | |
| 310. - Peabody Energy Corp. | | | | | | | | | |
| 311. - Pfizer Inc. | | | | | | | | | |
| 312. - Procter & Gamble Co. | | | | | | | | | |
| 313. - Raytheon Company | | | | | | | | | |
| 314. - Rio Tinto PLC | | | | | | | | | |
| 315. - Simon Property Group | | | | | | | | | |
| 316. - SPX Corp. | | | | | | | | | |
| 317. - Symantec Corp. | | | | | | | | | |
| 318. - Thermo Fisher Scientific Inc. | | | | | | | | | |
| 319. - Time Warner Inc. | | | | | | | | | |
| 320. - UnitedHealth Group Inc. | | | | | | | | | |
| 321. - URS Corp New | | | | | | | | | |
| 322. - US Bancorp New | | | | | | | | | |
| 323. - Verizon Communications Co. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Wells Fargo Co. | | | | | | | | | |
| 325. - XL Capital Ltd. | | | | | | | | | |
| 326. WF IRA (WF10[____]-Roth IRA) | A | Distribution | J | T | Open | 09/07/09 | J | | |
| 327. - AT&T Inc. | | | | | | | | | |
| 328. Metropolitan National Bank-Little Rock | A | Interest | J | T | | | | | See Note F. |
| 329. Layfayette Co., AR (royalty & fractional mineral interests) | E | Royalty | M | W | | | | | |
| 330. Miller Co., AR (royalty & fractional mineral interest) | A | Royalty | J | W | | | | | |
| 331. Webster Parish, LA (royalty & fractional mineral interest) | C | Royalty | K | W | | | | | |
| 332. Caddo Parish, LA (royalty & fractional mineral interest) | C | Royalty | J | W | | | | | |
| 333. Columbia Co. AR (mineral interest) | A | Royalty | J | W | | | | | |
| 334. Hempstead Co., AR (mineral interest) | A | Royalty | J | W | | | | | |
| 335. Miller Co., AR (land) | | None | J | W | | | | | See Note G. |
| 336. Lafayette Co., AR (land) | | None | J | W | | | | | See Note G. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART I. Person reporting is Susan W. Carter, but she continues to use former name (Susan W. Wright) at the courthouse and on the docket.

PART VII.

Note A1. (ln.1) This account merged into a new account opened 4/27/2009 (ln. 230).

Note A2. (ln 2). All previous accounts held by Wachovia Securities are now held by Wells Fargo.

Note. B. (ln. 86) This entry was mistakenly omitted from last year's report.

Note. C. (ln. 98). Includes all University of Arkansas holdings. Formerly listed as University of Arkansas Board of Trustees.

Note. D. (lns. 101 and 190) This money fund was duplicated on these lines in last year's report. I deleted ln. 190 in this year's report.

Note E. (ln. 217) This account previously listed in the aggregate. This year's report itemizes the assets contained in this brokerage account pursuant to the Filing Instructions (pg. 39).

Note F. (lns. 328-336) New _____ holdings.

Note G. (lns. 335-336) non-income producing properties.

Note H. (ln. 4) This is a partial distribution. This is the third year I have taken a partial distribution from this account. I erroneously failed to note this distribution in previous years' reports. The previous two years were also "E" amounts.

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544